IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORDECHAI PELTA,

    Plaintiff,                          No. C 12-02756 JSW

    v.

COUNTY OF DEL NORTE, et al.,            **ORDER TO SHOW CAUSE**

    Defendants.
_____/

On June 15, 2012, the Clerk of the Court requested addresses of defendants to insure that proper service is made. To date, Plaintiff has not responded to this request for addresses. Accordingly, the Court issues this Order to Show Cause ("OSC") why the case should not be dismissed for failure to prosecute. Plaintiff is HEREBY ORDERED to respond to this OSC in writing and to provide addresses for the named defendants by no later than July 27, 2012. Plaintiffs is admonished that failure to respond to this OSC by July 27, 2012 and to provide the defendants' addresses by this date will result in a dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: July 10, 2012

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE