Brian E. Claypool, Esq., State Bar# 134674
**THE CLAYPOOL LAW FIRM**
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
(626) 240-4616 telephone

Attorneys for Plaintiff,
Mordechai Pelta

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORDECHAI PELTA, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF DEL NORTE; JON ALEXANDER; and DOES 1-10 inclusive, <br><br> Defendants | Case No.: CV 12-2756-JSW <br><br> NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

## NOTICE OF SETTLEMENT OF CLAIMS

Plaintiff Mordechai Pelta ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendants County of Del Norte and Jon Alexander to resolve the claims against Defendants.
2. The parties are in the process of finalizing a stipulation and will be filing a Stipulated Notice of Dismissal once Plaintiff receives the settlement proceeds.
3. Accordingly, the parties request to continue the Case Management Conference, currently set for September 7, 2012, 30 days to allow the parties to finalize the Stipulated Notice of Dismissal.

1
2  DATED: September 5, 2012                **THE CLAYPOOL LAW FIRM**
3
4                                          _/s/_
                                           Brian E. Claypool, Esq.,
5                                          Attorneys for Plaintiff,
                                           Mordechai Pelta
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brian E. Claypool, Esq., State Bar# 134674
**THE CLAYPOOL LAW FIRM**
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
(626) 240-4616 telephone

Attorneys for Plaintiff,
Mordechai Pelta

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORDECHAI PELTA, | Case No.: CV 12-2756-JSW |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| COUNTY OF DEL NORTE; JON ALEXANDER; and DOES 1-10 inclusive, | |
| Defendants | |

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

The request to continue the Case Management Conference 30 days from September 7, 2012, to ~~December~~ November 9, 2012 at 1:30 p.m.

DATED: September ~~5~~ 6, 2012

Hon. Jeffrey S. White

- 1 -
[~~PROPOSED~~] ORDER NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE