1  Brian E. Claypool, Esq., State Bar# 134674
   **THE CLAYPOOL LAW FIRM**
2  1055 East Colorado Blvd., 5th Floor
   Pasadena, CA 91106
3  (626) 240-4616 telephone

Attorneys for Plaintiff,
Mordechai Pelta

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORDECHAI PELTA, | Case No.: CV 12-2756-JSW |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| vs. | |
| COUNTY OF DEL NORTE; JON ALEXANDER; and DOES 1-10 inclusive, | |
| Defendants | |

- 1 -
STIPULATED ORDER OF DISMISSAL

IT IS STIPULATED by and between plaintiff MORDECHAI PELTA, by and through his attorney, The Claypool Law Firm, and the COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California; JON ALEXANDER, an individual, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court as follows:

1) All claims presented by the Complaint of plaintiff MORDECHAI PELTA, in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to bear their own and attorneys' fees.

DATED: September 28, 2012                              **THE CLAYPOOL LAW FIRM**

/s/
Brian E. Claypool, Esq.,
Attorneys for Plaintiff

DATED: September 28, 2012                              **MITCHELL, BRISSO, DELANEY & VRIEZE, LLP**

/s/
John M. Vrieze, Esq.,
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:   October 3, 2012

Honorable Jeffrey S. White

- 2 -
STIPULATED ORDER OF DISMISSAL